# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

AUG 25 2025 PM4:32
FILED - USDC - NDTX - LU

Shawnda Yvette Martin King, Pro Se
Plaintiff

v.

Civil Action No. 5-25CV-181-H

Lubbock Independent School District
Defendant

## COMPLAINT

Plaintiff, Shawnda Martin King, received the DETERMINATION AND NOTICE OF RIGHTS from the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION on May 27, 2025. Plaintiff alledges, the Defendant intentionally, recklessly, and negligently discriminated (race, gender, and wage) against her through pretextual illegal termination. The defendant was conscious and blatant with disregard for the risk of causing harm (IIED) through fraudulent inducement, retaliation, disparate treatment, biased actions and illegal termination.

Plaintiff was a twenty-five year veteran of Lubbock Independent School District when she was terminated on May 24, 2024 for Misconduct - Violation of Policy. The Plaintiff was an assistant principal at three different campuses for five years. She began her administrative position as an assistant principal at Maedgen Elementary under Dr. Drue Coleman. The two administrators transferred to Alderson Elementary School, June 2019. The summer of 2022, the Plaintiff transferred from Alderson ES where she had served as the assistant principal for three consecutive years in East Lubbock to Irons Middle School. The transition from East Lubbock to South - Central Lubbock caused an undercurrent within the LISD. There, she continued as an assistant principal under the leadership of Dr. Tommy Duncan. The Plaintiff had zero reprimands within her employment file, but rather letters of recommendations. The Plaintiff's certifications and credentials were accurate within Lubbock ISD Employee Service Center, as a reflection of Texas SBEC. April 2023, Lubbock ISD misrepresented, fraudulently induced, gender and racially targeted (pretext), the Plaintiff to apply for the Talkington School for Young Women Leaders principal position.

\* Attach additional pages as needed.

Date: August 22, 2025

Signature: *Shawnda Y. Martin King*

Print Name: Shawnda Yvette Martin King

Address: 507 Brookshire Avenue

City, State, Zip: Wolfforth, Texas 79382

Telephone: (806) 407-9065