UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

SHAWNDA Y. MARTIN KING,

    Plaintiff,

v.                                               No. 5:25-CV-181-H

LUBBOCK INDEPENDENT SCHOOL
DISTRICT,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the plaintiff's motion for default judgment (Dkt. No. 12). Dkt. No. 18. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's motion for default judgment (Dkt. No. 12) is denied.

So ordered on October 6, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE