UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SHAWNDA Y. MARTIN KING,<br><br>Plaintiff,<br><br>v.<br><br>LUBBOCK INDEPENDENT SCHOOL DISTRICT,<br><br>Defendant. | No. 5:25-CV-181-H |

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the Lubbock Independent School District's (LISD) second motion to dismiss (Dkt. No. 25) and dismiss the plaintiff's amended complaint and all claims therein. Dkt. No. 76. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. LISD's second motion to dismiss (Dkt. No. 25) is granted.

The plaintiff's state-law tort claims are dismissed without prejudice under Rule 12(b)(1). The plaintiff's remaining claims are dismissed with prejudice under Rule 12(b)(6). All other pending motions are denied as moot.

So ordered on August 7, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE